UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG HELMKER,
        Plaintiff,

Case No. 1:14-CV-0902

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY
        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: November 30, 2015             /s/ Paul L. Maloney
                                                                      PAUL L. MALONEY
                                                                      United States District Judge